Judge: Christopher M. Alston
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

ROBERT JOHN VOYER,

            Debtor.

IN CHAPTER 13 PROCEEDING
NO. 19-13197-CMA

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3011, the Trustee reports the following unclaimed funds that are being paid into the United States Bankruptcy Court for the Western District of Washington:

| | |
|---|---|
| Barbara Voyer<br>P.R. of Robert Voyer Estate<br>13362 Cedar Acres Dr.<br>Chesterland, OH 44026 | Check Number: 3504203<br>Amount: $2,078.44 |

Dated: February 01, 2023

/s/ Jason Wilson-Aguilar
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124